IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH EUGENE WALLS, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO.  20-2437 |

## ORDER

**AND NOW**, this 20th day of January, 2021, upon consideration of Plaintiff's Brief and

Statement of Issues in Support of Request for Review (Document No. 14), the Commissioner's

Motion for Remand (Document No. 15), Plaintiff's Response thereto (Document No. 16), and this

court's Memorandum of today, it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The Commissioner's Motion is **DENIED**;

3. The Commissioner's final decision is **REVERSED**, pursuant to sentence four of 42

   U.S.C. § 405(g); and

4. The Commissioner shall calculate and award SSI benefits to Plaintiff.

**IT IS SO ORDERED**.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge